# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134853

ROMAN J. BARNWELL (Deceased), and
MARY JANE BARNWELL (Spouse),
      Plaintiff-Appellee,

v

CITY OF PETOSKEY, and MICHIGAN
MUNICIPAL LEAGUE WORKERS'
COMPENSATION FUND,
      Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134853
COA: 277195
WCAC: 05-000325

      On order of the Court, the application for leave to appeal the August 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

t1119

_____
Clerk